COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 8, 2014
 No. 10-15-00316-CV
 IN RE MILTON LEE GARDNER
 
 
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Milton Lee Gardner has been considered by the Court. The Court has determined the Petition for Writ of Mandamus should be and hereby is denied.
 It is further ordered that the State of Texas is awarded judgment against Milton Lee Gardner for the State of Texas's costs that were paid, if any, by the State of Texas; and all unpaid appellate court cost, if any, is taxed against Milton Lee Gardner.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk